1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DOUGLAS VERNELL JACKSON,            No. 2:13-cv-1627 GGH P

12         Petitioner,

13     v.                                ORDER

14  E. VALENZUELA,

15         Respondent.

16

17    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18  corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.  In his

19  application, petitioner challenges a conviction issued by the Fresno County Superior Court.

20  Fresno County is part of the Fresno Division of the United States District Court for the Eastern

21  District of California.  See Local Rule 120(d).

22    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23  division of a court may, on the court's own motion, be transferred to the proper division of the

24  court.  Therefore, this action will be transferred to the Fresno Division of the court.  This court

25  will not rule on petitioner's request to proceed in forma pauperis.

26    Good cause appearing, IT IS HEREBY ORDERED that:

27    1. This court has not ruled on petitioner's request to proceed in forma pauperis;

28    /////

1

1     2. This action is transferred to the United States District Court for the Eastern District of
2  California sitting in Fresno; and
3     3. All future filings shall reference the new Fresno case number assigned and shall be
4  filed at:

>     United States District Court
>     Eastern District of California
>     2500 Tulare Street
>     Fresno, CA 93721

7  Dated: August 15, 2013

                                /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

10  /md; jack1627.109