1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   DOUGLAS VERNELL JACKSON,            No.  2:13-cv-1627 GGH P
12            Petitioner,
13       v.                              ORDER
14   E. VALENZUELA,
15            Respondent.
16
17       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas
18   corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.  In his
19   application, petitioner challenges a conviction issued by the Fresno County Superior Court.
20   Fresno County is part of the Fresno Division of the United States District Court for the Eastern
21   District of California.  See Local Rule 120(d).
22       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper
23   division of a court may, on the court's own motion, be transferred to the proper division of the
24   court.  Therefore, this action will be transferred to the Fresno Division of the court.  This court
25   will not rule on petitioner's request to proceed in forma pauperis.
26       Good cause appearing, IT IS HEREBY ORDERED that:
27       1. This court has not ruled on petitioner's request to proceed in forma pauperis;
28       /////

1

1      2. This action is transferred to the United States District Court for the Eastern District of
2  California sitting in Fresno; and
3      3. All future filings shall reference the new Fresno case number assigned and shall be
4  filed at:

      United States District Court
      Eastern District of California
      2500 Tulare Street
      Fresno, CA 93721

Dated: August 15, 2013

          /s/ Gregory G. Hollows
      UNITED STATES MAGISTRATE JUDGE

/md; jack1627.109

2