UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS VERNELL JACKSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>E. VALENZUELA,<br><br>　　　　Respondent. | 1:13-cv-01296-LJO-MJS (HC)<br><br>ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Docs 16 & 17)<br><br>30-DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On October 10, 2013, Respondent filed a motion to extend time to file an answer to the petition for writ of habeas corpus.  Good cause having been presented to the Court, IT IS HEREBY ORDERED that Respondent is granted thirty (30) days from the date of service of this order in which to file an answer to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:　October 15, 2013　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1