IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS VERNELL JACKSON,**<br><br>Plaintiff,<br><br>v.<br><br>**E. VALENZUELA, Warden,**<br><br>Defendant. | 1:13-cv-01296 LJO MJS HC<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR RECONSIDERATION AND RE-OPENING CASE (Doc. 26)** |

Plaintiff is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

I. **PROCEDURAL HISTORY**

Plaintiff filed the instant petition for writ of habeas corpus on August 7, 2013. (Pet., ECF No. 1.) On October 24, 2013, Respondent filed a motion to dismiss the petition as untimely. On December 2, 2013, the Magistrate Judge recommended that the motion to dismiss be denied. On February 11, 2014, the Court adopted the findings and recommendation, and rather than deny the motion to dismiss, granted the motion and dismissed the petition.

On March 10, 2014, Plaintiff filed the instant motion for reconsideration, challenging the order adopting the findings and recommendation.

1

## II. MOTION FOR RECONSIDERATION

Rule 60(b)(1) provides as follows: "On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: [ ] mistake, inadvertence, surprise, or excusable neglect." Here, due to a mistake on behalf of the Court, the Court finds good reason to grant Plaintiff's motion for reconsideration. The Court shall order the Clerk of Court to re-open the matter.

## III. ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration is GRANTED;
2. The Clerk of Court shall re-open the present matter;
3. Respondent's Motion to Dismiss is DENIED (Doc. 20); and
4. The matter is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **March 14, 2014**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

2