IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS VERNELL JACKSON,** | Case No. 1:13-cv-01296 LJO MJS (HC) |
| Petitioner, | **ORDER REQUIRING RESPONDENT TO FILE RESPONSE** |
| v. | **SIXTY (60) DAY DEADLINE** |
| **E. VALENZUELA, Warden,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 14, 2014, the Court denied Respondent's motion to dismiss, and referred the matter to the assigned Magistrate Judge for further proceedings. Accordingly, Respondent is hereby ordered to file a response to the petition within **sixty (60) days** of the date of service of this order. All other related filings, including any traverse, opposition, or reply, shall be filed in accordance to the instructions set forth in the briefing schedule previously issued by this Court on August 16, 2013. (Briefing Schedule, ECF No. 6.)

IT IS SO ORDERED.

Dated:   March 14, 2014                  /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

1